```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/14/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ALEXIS HUNLEY et al,

                               Plaintiffs,              **ORDER SCHEDULING SETTLEMENT CONFERENCE**

     -against-

                                                                         **20-CV-8844 (ALC)**

BUZZFEED, INC.,

                               Defendant.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      A settlement conference in this matter utilizing Microsoft Teams is scheduled for **Monday, November 15, 2021 at 2:00 p.m.**  Counsel for the parties will be sent an invitation by Judge Parker's chambers prior to the scheduled conference date.  Corporate parties must send the person with decision making authority to settle the matter to the conference.  Updated pre-conference submissions must be received by the Court no later than **November 8, 2021 by 5:00 p.m.**

      SO ORDERED.

Dated: October 14, 2021
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge