UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

Alexis Hunley, et al.,

                      **Plaintiffs,**

    -against-

Buzzfeed, Inc.,

                      **Defendant.**

-----------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/15/2021

1:20-cv-8844-ALC-KHP

**ORDER REGARDING
SETTLEMENT CONFERENCE**

**ANDREW L. CARTER, JR., United States District Judge:**

On October 12, 2021, this Court entered an order, among other things, directing the parties to participate in good faith in a settlement conference before Magistrate Judge Katharine H. Parker. ECF No. 52. Judge Parker issued an order two days later scheduling that conference. ECF No. 53. My October 12, 2021 Order contained summary docket text referring the parties to Court-annexed mediation. ECF No. 52. That text, however, was entered in error.

Accordingly, the parties need not seek resolution of the dispute before the Mediation Office and are directed to attempt to settle this matter before Magistrate Judge Katharine H. Parker.

**SO ORDERED.**

**Dated:** October 15, 2021
**New York, New York**

                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**