USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: Nov. 16, 2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Alexis Hunley, et al., | |
| Plaintiffs, | 1:20-CV-8844 (ALC) (KHP) |
| v. | **ORDER OF DISCONTINUANCE** |
| Buzzfeed, Inc., | |
| Defendant. | |

**ANDREW L. CARTER, JR., United States District Judge:**

It has come to my attention that this case has been or will be settled as to all Plaintiffs except Alexis Hunley. Accordingly, it is hereby **ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar as to Plaintiffs Vanessa Charlot, Dee Dwyer, Karisha "Kay" Hickman, Anthony "Tony" Mobley, and Montinique Monroe, if the application to restore the action is made within 30 (thirty) days. The remaining Plaintiff, Alexis Hunley, shall proceed with this case in accordance with the Scheduling Order set by Judge Katharine H. Parker. ECF No. 56.

SO ORDERED.

Dated: November 16, 2021
New York, New York

*[signature]*

ANDREW L. CARTER, JR.
United States District Judge