```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  2/3/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ALEXIS HUNLEY et al,

                                        Plaintiffs,                    **ORDER**

                        -against-                                      **20-CV-8844 (ALC)(KHP)**

BUZZFEED, INC.,

                                        Defendant.
------------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

        The Court is in receipt of letters from both parties.  (ECF Nos. 70, 71.)  The Court notes

that there is a case management conference scheduled for Thursday, February 10, 2022 at 2:00

p.m.  The parties' discovery issues can be discussed then, but the court encourages the parties

to continue to meet and confer and narrow the issues in advance of the conference.

Defendant's request to respond to Plaintiff's letter by February 10, 2022 is too late given that

the conference is scheduled for that day.  Accordingly, Defendants must respond to Plaintiff's

letter by February 9, 2022.

        **The Clerk of the Court is directed to terminate the motion at ECF No. 70.**

        SO ORDERED.

Dated: February 3, 2022
        New York, New York

                                        _____
                                        KATHARINE H. PARKER
                                        United States Magistrate Judge