USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/11/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

ALEXIS HUNLEY et al,

                                      Plaintiffs,                     **ORDER**

              -against-                                  **20-CV-8844 (ALC)(KHP)**

BUZZFEED, INC.,

                                      Defendant.
-------------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

     A case management conference was held on February 10, 2022, where the Court extended the fact discovery deadline until 60 days *after* the current fact discovery deadline. Therefore, the new fact discovery deadline is extended until April 29, 2022.

     SO ORDERED.

Dated: February 11, 2022
       New York, New York

                                                        _____
                                                        KATHARINE H. PARKER
                                                       United States Magistrate Judge