

Attorneys:
Phillip J. Duncan*
James H. Bartolomei III***
Richard L. Quintus**
Wm. Rob Pointer*
Timothy P. Reed*
J. Reid Byrd*

*Licensed in AR
**Licensed in AR & FL
***Licensed in AR, CA, NY, FL, CT, & DC

Case Manager:
Wayne Duncan

809 West Third Street
Little Rock, AR 72201

Phone: 501-228-7600
Toll Free: 877-6-DUNCAN
Fax: 501-228-0415

www.DuncanFirm.com

March 12, 2022

**Via ECF**

Honorable Katharine H. Parker
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, New York 10007-1312

Re:   Alexis Hunley v. Buzzfeed, Inc., Case 1:20-cv-08844-AC-HKP

Dear Judge Parker:

      This letter serves as a joint status update.  The parties have resolved the case.  The parties intend to submit a stipulation of dismissal with prejudice within 30 days, with the court retaining jurisdiction pending the filing of the stipulation.

      Sincerely,

      /s/ James Bartolomei

      James Bartolomei

      Attorneys for Plaintiff Hunley

cc: Nancy Del Pizzo (via ECF)

1