USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/15/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **ALEXIS HUNLEY, ET AL.,** | |
| **Plaintiffs,** | 1:20-CV-8844-ALC-KHP |
| v. | |
| **BUZZFEED, INC.,** | **ORDER OF DISCONTINUANCE** |
| **Defendant.** | |

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled (ECF No. 85), it is hereby **ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar, if the application to restore the action is made within thirty (30) days.

**SO ORDERED.**

**Dated:** 3/15/2022
New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**